UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>           Plaintiff,<br><br>     v.<br><br>STEVE SMITH, et al.,<br><br>           Defendants. | No.  1:24-cv-00500-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANT COBIAN'S MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS AND RESPONSIVE PLEADING<br><br>(ECF No. 22) |

   Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

   On October 4, 2024, Defendant Cobian filed a motion for an extension of time to file a waiver of service of process and responsive pleading.  (ECF No. 22.)

   Good cause having been presented, it is HEREBY ORDERED that Defendant Cobian has until **November 8, 2024**, to file an execute a waiver of service and responsive pleading.

IT IS SO ORDERED.

Dated:   **October 7, 2024**                              _____
                                                                                  UNITED STATES MAGISTRATE JUDGE

1