UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVE SMITH, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-00500-JLT-SAB (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND THE TIME FOR DEFENDANT COBIAN TO FILE WAIVER OF SERVICE OF PROCESS AND RESPONSIVE PLEADING<br><br>(ECF No. 25) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendant Cobian's second motion to extend the time to file waiver of service of process and responsive pleading, filed November 6, 2024.

　　　　Good cause having been presented, it is HEREBY ORDERED that the Defendant Cobian has until **December 9, 2024**, to execute a waiver of service and file a responsive pleading.

IT IS SO ORDERED.

Dated:　**November 6, 2024**　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28