UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVE SMITH, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-00500-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 28, 33) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On November 12, 2024, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on January 21, 2025, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 28.)  The Court advised Defendants they could opt-out of the settlement conference with thirty days.  (Id.)

　　　　On December 12, 2024, Defendants filed a motion to opt-out of the settlement conference because after investigation they felt a settlement conference would be unproductive at this time. (ECF No. 33.)

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　　　The settlement conference set for January 21, 2025, before Magistrate Judge

1

Barbara A. McAuliffe is VACATED;

2. The stay of this case is lifted; and

3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __December 13, 2024__

STANLEY A. BOONE
United States Magistrate Judge

2