# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE SMITH, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:24-cv-0500-JLT-SAB (PC)<br><br>ORDER REASSIGNING CASE TO MAGISTRATE JUDGE<br><br>**New Case No.: 1:24-cv-0500-SAB (PC)** |

All parties indicated their consent to the jurisdiction of a Magistrate Judge for all further proceedings. (Docs. 41, 42, 43.) Accordingly, the Court **REASSIGNS** this action to U.S. Magistrate Judge Stanley A. Boone for all further proceedings, including trial and entry of judgment. To ensure documents are received by the correct judicial officer, all further papers filed in this action **SHALL** bear the new case number **1:24-cv-0500-SAB (PC)**. The District Judge will take no further action in this case.

IT IS SO ORDERED.

　Dated: __**January 14, 2025**__　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE