UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE SMITH, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00500-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 47) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendant's April 14, 2025 motion to modify the December 13, 2024, Discovery and Scheduling Order (ECF No. 36) to allow for a two-day extension of the current Sunday, April 13, 2025, exhaustion motion for summary judgment deadline, up to and including April 16, 2025. (ECF No. 47.) Defendant proffers its motion is complete; however, additional time is needed to obtain copies of exhibits referenced in the one of the declarations. This is Defendant's first request to modify the discovery and scheduling order. The Court finds a response by Plaintiff would not aid the Court in deciding this matter.

/ / /

/ / /

1

1  Good cause having been presented, it is HEREBY ORDERED that the deadline to file a
2  motion for summary judgment for failure to exhaust administrative remedies is extended to **April
3  16, 2025**.

4
5  IT IS SO ORDERED.

6  Dated:  **April 15, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge