UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVE SMITH, et al.,<br><br>  Defendants. | No. 1:24-cv-00500-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 62) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order to extend the current discovery and disposition motion deadlines by 60 days, filed November 17, 2025. (ECF No. 62.)

Good cause having been presented, it is HEREBY ORDERED that:

1. The deadline for completion of all discovery is extended to January 9, 2026;
2. The deadline for filing dispositive motions is extended to March 13, 2026; and
3. All other provisions of the Court's December 13, 2024 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **November 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1