UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVE SMITH, et al.,<br><br>        Defendants. | No.  1:24-cv-00500-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANTS' MOTION TO COMPEL AS WITHDRAWN<br><br>(ECF Nos. 59, 61) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On November 17, 2025, Defendants filed a motion to compel Plaintiff's attendance at his deposition.  (ECF No. 59.)

On November 17, 2025, Defendants filed a notice to withdraw their motion to compel.  (ECF No. 62.)  Accordingly, it is HEREBY ORDERED that the Clerk of Court is directed to terminate Defendants' motion to compel pursuant to the notice of withdrawal.

IT IS SO ORDERED.

Dated:   **November 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1