UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVE SMITH, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-00500-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO QUASH AS MOOT<br><br>(ECF No. 65) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to quash, filed December 1, 2025. Plaintiff seeks to quash Defendants' motion to impose sanctions for his failure to appear for his deposition. (ECF No. 65.)

On November 7, 2025, Defendants filed a motion to compel Plaintiff's attendance at his depositions and moved for sanctions. (ECF No. 59.) However, on November 17, 2025, Defendants filed a notice of withdraw the motion to compel and the motion was terminated on November 18, 2025. (ECF Nos. 61, 64.) Inasmuch as Defendants have withdrawal their motion to compel and request for sanctions, Plaintiff's current motion to "quash" is denied as moot.

IT IS SO ORDERED.

Dated:   **December 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1