UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI MCDOWELL,<br><br>            Plaintiff,<br><br>    v.<br><br>STEVE SMITH, et al.,<br><br>            Defendants. | No. 1:24-cv-00500-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 67) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On January 8, 2026, Defendants Davis, Storey, and Smith filed a motion to modify the discovery and scheduling order. (ECF No. 67.)

Good cause having been presented, it is HEREBY ORDERED that:

1. The discovery for completion of all discovery, for the sole purpose of deposing Plaintiff, is extended to **April 9, 2026**; and

2. The deadline for filing dispositive motions is extended to **June 11, 2026**.

IT IS SO ORDERED.

Dated:    **January 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1